UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JAMES WILLIAMS,

    Plaintiff,

v.      Case No: 2:21-cv-63-JLB-MRM

COMMISSIONER OF SOCIAL SECURITY
and U.S. ATTORNEY,

    Defendants.

## ORDER

The Magistrate Judge has entered a Report and Recommendation, recommending that Plaintiff's Unopposed Petition for EAJA Fees Pursuant to 28 U.S.C. § 2412(d) (Doc. 25) be granted. (Doc. 26.) No party has objected and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." Id.

Here, noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED**:

1. The Report and Recommendation (Doc. 26) is **ADOPTED** and made part of this Order for all purposes.

2. Plaintiff's Unopposed Petition for EAJA Fees Pursuant to 28 U.S.C. § 2412(d) (Doc. 25) is **GRANTED**. The Court awards Plaintiff $8,494.76 in attorney's fees, $402 in costs, and $20.88 in expenses.

3. If the United States Department of Treasury determines that no federal debt is owed, these sums are to be paid directly to Plaintiff's counsel.

4. The Clerk is **DIRECTED** to enter judgment in Plaintiff's favor accordingly.

**ORDERED** at Fort Myers, Florida, on April 18, 2022.

*JOHN L. BADALAMENTI*
UNITED STATES DISTRICT JUDGE